IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAVARIS L. MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-11-154-D |
| | ) | |
| JOHN MIDDLETON, Assistant Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Plaintiff, a state inmate appearing *pro se*, brought this action pursuant to 42 U. S. C. § 1983, alleging violations of his constitutional rights. Pursuant to 28 U. S. C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach.

Plaintiff filed a motion for a temporary restraining order [Doc. No. 56], and Defendants timely responded. On December 5, 2011, the Magistrate Judge filed a Report and Recommendation [Doc. No. 65] in which he recommended denial of the motion.

In the Report and Recommendation, the Magistrate Judge advised Plaintiff of his right to file objections to the Report and Recommendation, and he scheduled a December 22, 2011 deadline for filing any objections. He also expressly cautioned Plaintiff that his failure to timely object would constitute a waiver of his right to appellate review of the matters addressed in the Report and Recommendation.

The deadline set by the Magistrate Judge has expired, and Plaintiff has not objected to the Report and Recommendation or sought an extension of time in which to file objections. Accordingly, the Report and Recommendation [Doc. No. 65] is adopted as though fully set forth

herein. The motion for a temporary restraining order [Doc. No. 56] is denied.

IT IS SO ORDERED this 12th day of January, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE